# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:99-CR-13-RLV-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| EDWARD LORENZO TOWNER, III, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| THE GOODYEAR TIRE & RUBBER CO. ) | |
| INC., ) | |
| Garnishee. ) | |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 40). For the reasons stated therein and for good cause shown, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Order Of Continuing Garnishment" (Document No. 36) filed in this case against the Defendant is **DISMISSED**.

**SO ORDERED**.

Signed: April 29, 2021

David C. Keesler
United States Magistrate Judge